AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

_____ District of ____Colorado_____

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| | Case No. /2-/'0-4'7-6'/'6' |
| NATHANIEL HOWARD | USM No. |
| | Stephan Schweissing |
| | Defendant's Attorney |

## THE DEFENDANT:

■ **THE DEFENDANT** pleaded guilty to count(s)   1 and 2 of Superceding Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 CFR§4.2 and 42-2-101(1) | Operation of Motor Vehicle without a valid Driver License | 06/10/12 | I |
| 18 U.S.C§13 and C.R.S. 42-4-1007(1)(a) | Failure to drive in a single lane | 06/10/12 | II |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** |  | **Fine** |
| --- | --- | --- | --- |
| **Total:** | $ 20.00 | $ | 100.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _1951_____

City and State of Defendant's Residence:

_____April 9, 2013_____
Date of Imposition of Judgment

_____/s/_____
Signature of Judge

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

_____April 10, 2013_____
Date